No. 87–954. KANSAS CITY AREA TRANSPORTATION AUTHORITY *v.* 4550 MAIN ASSOCIATES ET AL.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 87–956.   ALEXANDER *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT.   C. A. D. C. Cir.   Certiorari denied.

No. 87–962.   SOUTHERN UNION CO. *v.* CONSOLIDATED OIL & GAS, INC.   Sup. Ct. N. M.   Certiorari denied.

No. 87–965.   CITY OF SAN ANTONIO *v.* ROSOW.   Sup. Ct. Tex. Certiorari denied.

No. 87–968.   SKORKO *v.* SKORKO.   Sup. Ct. N. H.   Certiorari denied.

No. 87–971.   LOFTIN-BOGGS *v.* CITY OF MERIDIAN, MISSISSIPPI, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–983.   SGRO *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 87–987.   ZAC SMITH & CO., INC. *v.* OTIS ELEVATOR CO. Sup. Ct. Tex.   Certiorari denied.

No. 87–991.   ALAMO RENT-A-CAR, INC. *v.* SARASOTA-MANATEE AIRPORT AUTHORITY.   C. A. 11th Cir.   Certiorari denied.

No. 87–1002.   OKWUMABUA ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 87–1008.   HAYES *v.* ANSON ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–1009.   SCHUBERT & SALZER MASCHINENFABRIK AKTIENGESELLSCHAFT ET AL. *v.* SPINDELFABRIK SUESSEN-SCHURR, STAHLECKER & GRILL GMBH. ET AL.   C. A. Fed. Cir. Certiorari denied.

No. 87–1012.   SANDERS *v.* RAGLAND, ARKANSAS COMMISSIONER OF REVENUES.   C. A. 6th Cir.   Certiorari denied.